**Jerome McFADDEN, Plaintiff–Appellant,**

v.

**S.B. LEWIS, Associate Warden; Frank Mursier, Major McCI; Leroy Cartledge, Warden at McCI McCormick Correctional Institution, Defendants–Appellees.**

No. 15–7106.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 20, 2015.

Jerome McFadden, Appellant Pro Se. Brandon Paul Jones, Daniel Roy Settana, Jr., McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina, for Appellees.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McFadden v. Lewis,* No.

0:12–cv–01627–BHH, 2015 WL 3935257 (D.S.C. June 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*